UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 1 6 2013

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

**CAP**

Richard Earl Williams
Plaintiff

vs.

Georgia Department of Corrections
Defendant

Vaughn Andrews
Marcia McIntyre

1:13-CV-3084

TITLE VII COMPLAINT

1. Plaintiff resides at 120 Whitney Chase, Stone Mountain, GA 30088

2. Defendant(s) names(s) Georgia Department of Corrections, Vaughn Andrews, Marcia McIntyre, ~~Michael Croft, Brien Owens, Samuel Fair, Susan Smith, Jasmine Hill,~~ Gregory Williams, ~~Betsy Thomas, Carey Barnes~~ Robert Cooley

Location of principal office(s) of the named defendant(s) 547 Church Street DeCatur, Ga 30030; 300 Patrol Rd Forsyth, GA 31029; 5505 Anson Ave Eastman, Ga 31023

Nature of defendant(s) business Protect Citizens from Convicted felons and first Offenders by managing Offenders and Providing Opportunities for Change and or reintegration into Society following a brief or extended Period of Incarceration or Sentencing.

Approximate number of individuals employed by defendant(s) 270

*Note: This is a form complaint provided by the Court for pro se litigants who wish to file an employment discrimination lawsuit. It is not intended to be used for other kinds of cases.

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the court by 42 U.S.C. § 2000e-5. Equitable and other relief are also brought under 42 U.S.C. §e-5(g).

4. The acts complained of this suit concern:

   A. _____ Failure to employ me.
   B. ✓ Termination of my employment.
   C. _____ Failure to promote me.
   D. _____ Other (Specifiy) _____

5. Plaintiff:

   A. _____ presently employed by the defendant.
   B. ✓ not presently employed by the defendant. The dates of plaintiff's employment were 08/16/2001 to 05/15/2012. The reasons plaintiff was given for termination of employment is/are:
   (1) ✓ plaintiff was discharged.
   (2) _____ plaintiff was laid off.
   (3) _____ plaintiff left the job voluntarily.

6. Defendant(s) conduct is discriminatory with respect to the following:

   A. _____ my race
   B. _____ my religion.
   C. ✓ my sex.
   D. _____ my national origin.
   E. _____ Other (specify) _____

-2-

7. The name(s), race, sex and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is/are:

Vaughn Andrews (Chief); Black/Male

Michael Craft W/M Director of Probation

Brian Owens W/M Commissioner GDC

Marcia McIntyre W/F Field Operations Manager

Stan Cooper W/M Director of Probation

8. Describe the discriminatory actions or events you are complaining of in this lawsuit. Give factual detail, including names and dates concerning what happened. You do not need to refer to any statutes or cite law.

_____

_____

_____

_____

_____

_____

_____

_____

9.  The alleged illegal activity took place at  Central Dekalb Probation Office   Located at 547 Church Street Decatur, Ga 30088  and Probation Headquaters: 300 Patrol Rd  Forsyth, Ga 31029

10. A. _____ I have filed a charge with the Equal Employment Opportunity Commission regarding defendant(s). (I have attached a copy of my charge(s) filed with the Equal Employment Opportunity Commission, which are incorporated into this complaint.

    B. _____ I have not filed a charge.

11. A. _____ I received a Notice of Right-to-Sue letter from the Equal Employment Opportunity Commission on  June 19, 2013  (date). (I have attached a copy of the Notice of Right-to-Sue which is incorporated into this complaint.)

    B. _____ I have not received a Notice of Right-to-Sue letter from the Equal Employment Opportunity Commission.

12. State what relief you are seeking from the Court. If you are seeking a monetary award (back pay or damages), state the amount you are seeking. If you are seeking injunctive relief (an order by the Court) issued against the defendant(s) summarize what should be in the order.

-4-

_____

_____

_____

_____

_____

_____

_____

_____

09/16/13
Date

Signature of Plaintiff

Address: 120 Whitney Chase
Stone Mountain, GA
30088
Telephone: (678) 362-2251

Title VII Complaint     Submitted on: September 12, 2013

Question # 8
Response; I was individually discriminated against on multiple occasions as follows:

1. June 2010 Vaughn Andrews (Chief) entered my office and advised me that his superior Mike Craft (Field Operations Manager) instructed him to ask me to consider cutting my hair.

2. July 16, 2010 Chief Andrews summoned me to his office and said to me "Richard I need to know what your intentions about cutting your hair by 07/21/10. I emailed Chief Andrews on 07/21/13 informing him that I do not plan to cut my hair and forcing me to do so would violate my indelible rights, religious beliefs and spiritual faith.

3. September 2011 Post dated Standard Operating Procedure SOPIIIA02-0003 was created in effort to retaliate against a grievance which I submitted on 07/21/13.

4. January 1, 2012 a retaliation policy (SOPIIIA02-0003) forbidding men from wearing dreadlocks was implemented and enforced. The gender and sex specific policy states "...Males will not adorn dreadlocks or braids and hair shall not extend over the top of a shirt collar" (effective 01/01/12). The sex discriminatory policy prohibit men from wearing dreadlocks, braids and or hair beyond the length of a shirt collar but failed to restrict my female colleagues from wearing dreadlocks and long hair with impunity.

5. January 3, 2012 approximately 9:30 AM, I was given verbal instructions by Chief Vaughn Andrews to leave work, get a hair cut and return to work within two (2) hours.

6. January 20, 2012 I received a Letter of Reprimand from Chief Andrews and my Supervisor, Jasmine Hill for: Insubordination "Failure to follow Departmental guidelines and expectations regarding SOPIIIA02-0003 Dress Code and Appearance (not cutting my hair on January 3, 2012.

7. February 09, 2012 while I was at home on bed rest per my doctor, recovering from an automobile accident, Gregory Williams ( a supervisor) contacted me via telephone and instructed me to report into the office immediately and turn in all uniform and tactical equipment issued to me by the Georgia Department of Corrections (ie service weapon, badge shield, ballistic vest, pepper spray, handcuffs, uniforms et al). I surrendered all state equipment issued to me on February 10, 2012 inventoried and received by Susan Smith (Acting Chief).

8. February 29, 2012, While I was in court handling a Probation Revocation case I received a verbal summons by a fellow Probation Officer (Derek Echols) to leave court and immediately report to Chief Andrew's office per Marcia McIntyre, Field Operations Manager. Once there she then issued me a written 5% Salary Reduction for Six Months beginning on March 16, 2013.



**U.S. Department of Justice**

Civil Rights Division
NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

CERTIFIED MAIL
2018 9201

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson, EMP, PHB, Room 4239*
*Washington, DC 20530*

June 12, 2013

Mr. Richard Williams
120 Whitney Chase
Stone Mountain, GA  30088

Re:  EEOC Charge Against Central Dekalb Probation Office, Georgia Dept. of Corrections
     No. 11B201200058

Dear Mr. Williams:

    Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

    If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.  If you cannot afford or are unable to retain an attorney to represent you, the Court may, at its discretion, assist you in obtaining an attorney.  If you plan to ask the Court to help you find an attorney, you must make this request of the Court in the form and manner it requires.  Your request to the Court should be made well before the end of the time period mentioned above.  A request for representation does not relieve you of the obligation to file suit within this 90-day period.

    The investigative file pertaining to your case is located in the EEOC Atlanta District Office, Atlanta, GA.

    This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

    Sincerely,

    Thomas E. Perez
    Assistant Attorney General
    Civil Rights Division

by  *Karen J. Ferguson*

    Karen L. Ferguson
    Supervisory Civil Rights Analyst
    Employment Litigation Section

cc:  Atlanta District Office, EEOC
     Central Dekalb Probation Office, Georgia Dept. of Corrections

| | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [X] FEPA | IC583 |
| | [X] EEOC | 11B-2012-00058 |

**Georgia Commission On Equal Opportunity** and EEOC

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Richard Williams | | 01-22-1970 |

Street Address: 120 Whitney Chase, Stone Mountain, GA 30088

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| CENTRAL DEKALB PROBATION OFFICE (GA DOC) | Unknown | (404) 371-7510 |

Street Address: 547 Church Street, Decatur, GA 30030

DISCRIMINATION BASED ON (Check appropriate box(es).)

[X] RACE [ ] COLOR [X] SEX [ ] RELIGION [ ] NATIONAL ORIGIN
[X] RETALIATION [ ] AGE [ ] DISABILITY [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 01-03-2012    Latest: 03-07-2012
[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began employment with the above-named company on August 15, 2001, and am currently employed as a Probation Officer. In July 2010, I filed an internal EEO grievance after being told by Chief Vaughn Andrews (b/m) to cut my dreadlocks. On January 3, 2012, I was sent home by Chief Andrews, instructed to cut my hair pursuant to the company's Dress Code and Appearance Policies and to return to work in 2 hours. On January 20, 2012, I was issued a Letter of Reprimand by Chief Andrews for wearing dreadlocks and on February 10, 2012 all of my equipment was taken. On March 7, 2012, I was written up by Marcia McIntyre (w/f), Field Operations Manager, for insubordination (violating the Dress Code) and given a 5% reduction in pay. Said Policies do not require female coworkers who wear dreadlocks to cut their hair.

No reason was given for my discriminatory treatment.

I believe I am being discriminated against due to my race (African American), sex (male) and retaliation (EEO grievance) in violation of Title VII of the Civil Rights Act of 1964, as amended, and that African American males as a class are adversely impacted by respondent's Dress Code and Appearance Policies.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 04/06/12

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

